UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALBERT LUTHER JEFFCOAT,

Petitioner,

v.     4:12-cv-176

WARDEN DENNIS BROWN,

Respondent.

This 30 day of April 2014.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

Albert Luther Jeffcoat petitions the Court for relief pursuant to 28 U.S.C. § 2254. ECF Nos. 1; 18. Jeffcoat raises dozens of grounds for error in his initial petition and his attorney more succinctly packages the issues in an amended petition. *Id.* The Magistrate Judge has extensively considered the claims in a thirty-six page Report & Recommendation ("R&R"). ECF No. 32. Jeffcoat did not object.

The Court reviewed the record *de novo* and concurs with the R&R. The Magistrate Judge has properly applied the standard of review under § 2254. *See White v. Woodall*, ___ S. Ct.___, No. 12-794, slip op. at 3, 11-12 (Apr. 23, 2014) (discussing deference to the judgment of the State court). Accordingly, the R&R of the Magistrate Judge is adopted as the opinion of the Court. The petition pursuant to 28 U.S.C. § 2254 is **DENIED**. The Court also *sua sponte* **DENIES** a Certificate of Appealability and *in forma pauperis* status on appeal. *See* ECF No. 32 at 36.